AO 455 (Rev. 01/09) Waiver of an Indictment

FILED
IN OPEN COURT
OCT 28 2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

United States of America )
v. ) Case No. 1:26cr198
John Kurrle )
)
*Defendant* )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: ~~10/23/2025~~ 10-28-26

*Defendant's signature*

*Signature of defendant's attorney*

Nathaniel Wenstrup, AFPD

*Printed name of defendant's attorney*

/s/
Michael S. Nachmanoff
United States District Judge

*Judge's signature*

*Judge's printed name and title*